IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
PATRICIA AHMADYAR, an individual;  )
AHMAD AHMADYAR, an individual,     )   2:09-cv-02063-GEB-EFB
                                   )
            Plaintiffs,            )   ORDER
                                   )
     v.                            )
                                   )
FIRST HORIZON HOME LOANS, a Texas  )
corporation;  QUALITY LOAN SERVICE )
CORPORATION, and Does 1 through    )
100,                               )
                                   )
            Defendants.            )
                                   )
```

          On August 28, 2009, the parties filed a stipulation in which they agreed that Plaintiffs could file a First Amended complaint on or before September 14, 2009.  Further, the parties "stipulate to the continuation of the hearing date on the motion of Defendant First Horizon Home Loans for the expungement of the lis pendens recorded in this matter [;and, state] [t]he new hearing date shall be set on a date of the Court's choosing thereafter . . . ."  The parties shall select a regularly law and motion date for a hearing date.  Further, the motion to expunge now scheduled for hearing on September 14, 2009, and the motion to dismiss (filed August 3, 2009 and also set for hearing on September 14, 2009), are deemed withdrawn.  The motion to expunge is deemed withdrawn since

1 | the parties should have obtained a hearing date themselves by
2 | calling (916) 930-4114.  The motion to dismiss is deemed withdrawn
3 | since the parties' stipulation makes it unclear whether that motion
4 | should continue pending.  Withdrawn means neither motion is now
5 | pending.
6 |         IT IS SO ORDERED.
7 | Dated:  September 3, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge