IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA AHMADYAR, an individual, ) <br> AHMAD AHMADYAR, an individual, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FIRST HORIZON HOME LOANS, a Texas ) <br> corporation and a division of First) <br> Tennessee Bank National ) <br> Association, QUALITY LOAN SERVICE ) <br> CORPORATION, ) <br> ) <br> Defendants. ) <br> ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | 2:09-cv-02063-GEB-EFB <br><br> <u>ORDER CONTINUING STATUS</u> <br> <u>CONFERENCE and RULE 4(M)</u> <br> <u>NOTICE</u> |

The status (pretrial scheduling) conference scheduled for October 19, 2009 is continued to November 16, 2009, commencing at 9:00 a.m. This continuance is because the Status Report, which was filed one day late at the risk of invoking sanctions proceedings, reveals this case is not ready to be scheduled. That status report includes the statement: "all named defendants have been served." Yet only Defendant First Horizon Home Loans filed the status report. A joint status report shall be filed fourteen (14) days prior to the November 16, 2009 status conference.

**Further, Plaintiff is notified under Rule 4(m) of the Federal Rules of Civil Procedure that any defendant not served with process within the 120 day period prescribed in that Rule will be dismissed as a defendant in this action, unless Plaintiff files a proof of service or shows "good cause" for the failure to serve**

1

1 **defendant within this prescribed period on or before 4:00 p.m. on**
2 **October 19, 2009.**
3          If Plaintiff has served Defendant Quality Loan Service,
4 Plaintiff shall explain in a filing due no later than 4:00 p.m. on
5 October 19, 2009 how this action is being prosecuted against Defendant
6 Quality Loan Service, and if it is not being prosecuted, why Defendant
7 Quality Loan Service should not be dismissed for failure of
8 prosecution.
9          Lastly, the Doe defendants are dismissed, since timely
10 justification has not been filed warranting Doe defendant allegations
11 remaining in this case.  The caption is changed to reflect this
12 dismissal.
13 Dated:  October 13, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge